Robert A. Mautino
Mautino & Mautino
California State Bar No. 54071
1059 10th Avenue
San Diego, CA 92101
Telephone: (619) 235-9177
E-mail: bob@mautino.org

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

Faramarz Rassouli,  ) No. '07 CV 2411 JAH JMA
Zahra Rassouli and  )
Pouya Rassouli,     )
                    ) COMPLAINT FOR RELIEF IN THE
    Plaintiffs      ) NATURE OF MANDAMUS
                    )
    -vs-            )
                    ) CIS Nos.  A98 446 069
Michael Chertoff, Secretary, Emilio )       A98 446 070
Gonzalez, Director, Paul Pierre,    )       A98 446 071
District Director, Department of    )       WAC05 067 50089
Homeland Security and Michael B.    )       WAC05 067 50079
Mukasey, Attorney General,          )       WAC05 067 50075
                    )
    Defendants      )
_____)

Plaintiffs, by their attorney, complaining of Defendants allege as follows:

1. Plaintiffs are natives and citizens of Iran who reside within the jurisdiction of this Court. Plaintiffs Faramarz and Zahra are husband and wife, and Plaintiff Pouya is their child. Plaintiffs' claim to relief arises under 8 U.S.C. 1255.

2. Defendant Michael Chertoff is the Secretary of the Department of Homeland Security (DHS). Emilo Gonzalez is the Director of the bureau of

Citizenship and Immigration Services (CIS) of the DHS. Paul Pierre is the District Director of the San Diego District of the CIS and Michael B. Mukasey is the Attorney General of the United States. All Defendants are sued herein in their official capacities. Defendants are in charge of the processing and adjudication of applications for permanent residence.

3. The Court has jurisdiction of this action pursuant to 28 U.S.C. 1331, 28 U.S.C. 1361, 28 U.S.C. 1651 and 5 U.S.C. et seq., and relief is requested pursuant to said statutes.

4. On or about December 29, 2004, the Plaintiffs filed applications for permanent residence (form I-485) with the Defendants. An immigrant visa petition (form I-140) on behalf of Plaintiff Faramarz, based on an approved Certification from the Department of Labor originally filed on April 22, 2002, was approved by the Defendants on May 24, 2005.

5. Over the past two years, Plaintiff Faramarz has made several inquiries of the CIS as to the status of his and his family's applications for residence. The response has been that the applications are awaiting completion of background checks. Plaintiff Faramarz sent three inquiries through the office of United States Senator Diane Feinstein (D, CA) and one through the office of Representative Brian Bilbray (D, CA). The responses all indicated that background checks had not been completed.

6. The Defendants have never indicated when the applications for permanent residence might be finally adjudicated. Since the Plaintiffs have never been able to get definitive answers from the Defendants, the Plaintiffs are forced to allege, on

information and belief, that the Defendants have been doing nothing to move the applications toward final decisions.

7. The Plaintiffs have exhausted their administrative remedies.

8. The Defendants' refusal to act in this case is, as a matter of law, arbitrary and not in accordance with the law and regulations.

9. The Defendants have effectively denied the Plaintiffs the opportunity to become lawful permanent residents of the United States, and the Plaintiffs have been greatly damaged by the Defendants' failure to act in accord with their duties under the law and regulations.

10. The Defendants, in violation of the law and regulations, are unlawfully withholding or unreasonably delaying action on the Plaintiffs' applications and have failed to carry out the adjudicative and administrative functions delegated to them by law with regard to Plaintiffs' applications.

WHEREFORE, Plaintiffs pray:

That the Defendants be ordered to adjudicate Plaintiffs' applications for permanent residence without delay,

That the Court award such other and further relief as to this Court may seem reasonable and proper.

Dated: 12/24/2007

_____
Robert A. Mautino
Mautino and Mautino
Attorneys for Plaintiffs

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Faramarz Rassouli, et al.

**DEFENDANTS**
Michael Chertoff, Secretary, et al.

FILED
2007 DEC 26 PM 1:10
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

(b) County of Residence of First Listed Plaintiff __San Diego__
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
Robert A. Mautino
Mautino and Mautino  (619) 235-9177
1059  10th Avenue
San Diego, CA 92101

Attorneys (If Known)

'07 CV 2411 JAH JMA

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury— Med. Malpractice | ☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | | ☐ 625 Drug Related Seizure of Property 21 USC | ☐ 423 Withdrawal 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | | ☐ 365 Personal Injury — Product Liability | | | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| ☐ Medicare Act | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 820 Copyrights | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 830 Patent | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | ☐ 840 Trademark | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | Habeas Corpus: | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | **FEDERAL TAX SUITS** | |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights | | ☐ 871 IRS—Third Party 26 USC 7609 | ☒ 890 Other Statutory Actions |
| | | ☐ 555 Prison Condition | | | |

## V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
(Cite the U.S. Civil Statute under which you are filing and write brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

8 USC 1255; lawsuit in mandamus to compel government action

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ _____
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☒ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE _____
DOCKET NUMBER _____

DATE 12/24/2007
SIGNATURE OF ATTORNEY OF RECORD _[signature]_

**FOR OFFICE USE ONLY**
RECEIPT # 14586  AMOUNT 350  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____
12/26/07

```
        UNITED STATES
        DISTRICT COURT
   SOUTHERN DISTRICT OF CALIFORNIA
          SAN DIEGO DIVISION

      # 145865        - SR
      * * C O P Y * *
      December 26, 2007
           13:05:18

        Civ Fil Non-Pris
   USAO #.: 07CV2411 CIV. FIL.
   Judge..: JOHN A HOUSTON
   Amount.:
   Check#.: BC#10645       $350.00 CK


      Total->   $350.00


   FROM: RASSOULI V. CHERTOFF
         CIVIL FILING
```