1   KAREN P. HEWITT
    United States Attorney
2   MEGAN CALLAN
    Assistant U.S. Attorney
3   California Bar No. 230329
    United States Attorney's Office
4   880 Front Street, Room 6293
    San Diego, California 92101-8893
5   Telephone: (619) 557-7120
    Facsimile: (619) 557-5004
6   E-mail: Megan.Callan@usdoj.gov

7   Attorneys for Defendants

8
                    UNITED STATES DISTRICT COURT
9
                  SOUTHERN DISTRICT OF CALIFORNIA
10

11
    FARAMARZ RASSOULI, ZAHRA          )    Case No. 07cv2411-JAH (JMA)
12  RASSOULI, AND POUYA RASSOULI,     )
                                      )
13                  Plaintiffs,       )    JOINT MOTION TO EXTEND TIME TO
                                      )    ANSWER
14          v.                        )
                                      )    [FED. R. CIV. P. 6(b)(1)]
15  MICHAEL CHERTOFF, Secretary of U.S. )
    Department of Homeland Security; et al., )
16                                    )
                    Defendants.       )
17  _____ )

18          COME NOW THE PARTIES, Plaintiffs Faramarz Rassouli, Zahra Rassouli, and Pouya Rassouli,

19  by and through counsel, Robert A. Mautino, and Defendants Michael Chertoff, et al., by and through

20  their counsel, Karen P. Hewitt, United States Attorney, and Megan Callan, Assistant United States

21  Attorney, and hereby jointly move the Court to extend the time for Defendants to answer Plaintiffs'

22  Complaint.

23          The parties are working toward an extrajudicial resolution of Plaintiffs' complaint, and the parties

24  have agreed that additional time is necessary in order to pursue resolution of Plaintiffs' claims without

25  intervention of the Court.  Without waiving Defendants' rights to defend the causes of actions and

26  allegations, the parties jointly agreed to request this continuance.  The parties have not previously

27  requested such continuance.

28  //

1    Based upon the foregoing, it is respectfully requested that the Court enter an order, under

2    Fed. R. Civ. P. 6(b)(1), extending the time for Defendants to file their answer to Plaintiffs' Complaint

3    until **May 19, 2008**.

4

5    DATED: February 19, 2008          Respectfully submitted,
                                        s/ Robert A. Mautino
6                                       ROBERT A. MAUTINO
                                        Attorney for Plaintiff
7                                       E-mail: bob@mautino.org

8

9    Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures

10   of the United States District Court for the Southern District of California, I certify that the content of this

11   document is acceptable to counsel for the Plaintiff and that I have obtained authorization from Robert

     A. Mautino to affix his electronic signature to this document.
12

13   DATED: February 19, 2008          KAREN P. HEWITT
                                        United States Attorney
14
                                        s/ Megan Callan
15                                      MEGAN CALLAN
                                        Assistant U.S. Attorney
16                                      Attorneys for Defendants

17

18

19

20

21

22

23

24

25

26

27

28

1  KAREN P. HEWITT
   United States Attorney
2  MEGAN CALLAN
   Assistant U.S. Attorney
3  California Bar No. 230329
   United States Attorney's Office
4  880 Front Street, Room 6293
   San Diego, California 92101-8893
5  Telephone: (619) 557-7120
   Facsimile: (619) 557-5004
6  E-mail: Megan.Callan@usdoj.gov

7  Attorneys for Defendants

8
                    UNITED STATES DISTRICT COURT
9
                   SOUTHERN DISTRICT OF CALIFORNIA
10

11
   FARAMARZ RASSOULI, ZAHRA        )      Case No. 07cv2411-JAH (JMA)
12 RASSOULI, AND POUYA RASSOULI,   )
                                   )
13              Plaintiff,         )      CERTIFICATE OF SERVICE
                                   )
14         v.                      )
                                   )
15 MICHAEL CHERTOFF, Secretary of U.S. )
   Department of Homeland Security; et al., )
16                                 )
                Defendants.        )
17 _____)

18 IT IS HEREBY CERTIFIED THAT:

19      I, the undersigned, am a citizen of the United States and am at least eighteen years of age.  My
   business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.
20
        I am not a party to the above-entitled action. I have caused service of: JOINT MOTION TO
21 EXTEND TIME TO ANSWER on the following party by electronically filing the foregoing with the
   Clerk of the District Court using its ECF System, which electronically provides notice.
22
        Robert A. Mautino
23      Attorney for Plaintiff
        bob@mautino.org
24
        I declare under penalty of perjury that the foregoing is true and correct.
25
        Executed on February 19, 2008.
26
                                        s/ Megan Callan_____
27                                      Megan Callan

28