UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FARAMARZ RASSOULI, ZAHRA RASSOULI, AND POUYA RASSOULI,<br><br>    Plaintiffs,<br><br> v.<br><br>MICHAEL CHERTOFF, Secretary of U.S. Department of Homeland Security; et al.,<br><br>    Defendants. | Case No. 07cv2411-JAH (JMA)<br><br>ORDER GRANTING JOINT MOTION TO EXTEND TIME TO ANSWER<br><br>[Doc. No. 3] |

  Having considered the parties' Joint Motion to Extend Time to Answer (Docket No. 3) and finding the joint motion meritorious, the Court GRANTS the motion and ORDERS that Defendants shall answer Plaintiffs' Complaint on or before **May 19, 2008**.

**It is so ordered.**

DATED: February 19, 2008

                     _____
                     JOHN A. HOUSTON
                     United States District Judge