KAREN P. HEWITT
United States Attorney
MEGAN CALLAN
Assistant U.S. Attorney
California Bar No. 230329
United States Attorney's Office
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-7120
Facsimile: (619) 557-5004
E-mail: Megan.Callan@usdoj.gov

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FARAMARZ RASSOULI, ZAHRA RASSOULI, AND POUYA RASSOULI, <br><br>　　　　　　Plaintiffs, <br><br>　　v. <br><br>MICHAEL CHERTOFF, Secretary of U.S. Department of Homeland Security; EMILIO GONZALEZ, Director; PAUL PIERRE, District Director; and MICHAEL B. MUKASEY, Attorney General, <br><br>　　　　　　Defendants. | Case No. 07cv2411-JAH (JMA) <br><br> ANSWER TO COMPLAINT |

COME NOW the Defendants, by and through their counsel, Karen P. Hewitt, United States Attorney, and Megan Callan, Assistant United States Attorney, and in answer to the Plaintiffs' Complaint for Relief in the Nature of Mandamus ("Complaint"), set forth the following:

1. Answering Paragraph 1 of the Complaint, with respect to the first sentence, Defendants admit the allegations therein to the extent that Plaintiffs have represented to Defendants and the Court that they currently reside within the jurisdiction of this Court. With respect to the second sentence, Defendants admit the allegations therein to the extent that Plaintiffs have represented to Defendants and the Court that they are married and that Pouya is their child. With respect to the third sentence, Defendants state that the allegations contained therein are legal conclusions solely within the purview of the Court and

1 for its determination, and no answer is therefore required. To the extent an answer is required, the allegations are denied.

2. Answering Paragraph 2 of the Complaint, with respect to the first through fourth sentences, Defendants admit the allegations therein. With respect to the fifth sentence, Defendants state that the allegations contained therein are legal conclusions solely within the purview of the Court and for its determination, and no answer is therefore required. To the extent an answer is required, the allegations are denied. With respect to the sixth sentence, Defendants state that each Defendant in his official capacity oversees, in part, the processing or the adjudication of applications for permanent residence within the United States of America. To the extent any further answer is required, the allegations are denied.

3. Answering Paragraph 3 of the Complaint, Defendants state that the allegations contained therein are legal conclusions solely within the purview of the Court and for its determination, and no answer is therefore required. To the extent an answer is required, the allegations are denied.

4. Answering Paragraph 4 of the Complaint, Defendants admit the allegations therein.

5. Answering Paragraph 5 of the Complaint, Defendants are informed and upon that information believe that the allegations contained therein are true. On this basis, Defendants admit the allegations therein. To the extent any further answer is required, the allegations are denied.

6. Answering Paragraph 6 of the Complaint, Defendants deny the allegations therein.

7. Answering Paragraph 7 of the Complaint, Defendants deny the allegations therein.

8. Answering Paragraph 8 of the Complaint, Defendants state that the allegations contained therein are legal conclusions solely within the purview of the Court and for its determination, and no answer is therefore required. To the extent an answer is required, the allegations are denied.

9. Answering Paragraph 9 of the Complaint, Defendants deny the allegations therein.

10. Answering Paragraph 10 of the Complaint, Defendants state that the allegations contained therein are legal conclusions solely within the purview of the Court and for its determination, and no answer is therefore required. To the extent an answer is required, the allegations are denied.

//
//

## AFFIRMATIVE OR OTHER DEFENSES

All allegations not here before specifically admitted, denied, or modified, are hereby denied. For further and separate answer, Defendants allege as follows:

### FIRST DEFENSE

The Court lacks jurisdiction over the subject matter of this action.

### SECOND DEFENSE

The Complaint fails to state a claim against the Defendants upon which relief can be granted.

### THIRD DEFENSE

At all times alleged in the complaint, Defendants were acting with good faith, with justification, and pursuant to authority.

### FOURTH DEFENSE

Defendants are processing the applications referred to in the Complaint to the extent possible at this time. Accordingly, no relief as prayed for is warranted.

WHEREFORE, Defendants pray that Plaintiffs take nothing by reason of their suit herein, that judgment be rendered in favor of Defendants, for costs of suit herein incurred, and for such other and further relief as this court may deem proper.

DATED: May 19, 2008

Respectfully submitted,
KAREN P. HEWITT
United States Attorney

s/ Megan Callan
MEGAN CALLAN
Assistant U.S. Attorney
Attorneys for Defendants

1  KAREN P. HEWITT
   United States Attorney
2  MEGAN CALLAN
   Assistant U.S. Attorney
3  California Bar No. 230329
   United States Attorney's Office
4  880 Front Street, Room 6293
   San Diego, California 92101-8893
5  Telephone: (619) 557-7120
   Facsimile: (619) 557-5004
6  E-mail: Megan.Callan@usdoj.gov

7  Attorneys for Defendants

8
                    UNITED STATES DISTRICT COURT
9
                    SOUTHERN DISTRICT OF CALIFORNIA
10

11
12 FARAMARZ RASSOULI, ZAHRA      )   Case No. 07cv2411-JAH (JMA)
   RASSOULI, AND POUYA RASSOULI, )
                                 )
13              Plaintiffs,      )   CERTIFICATE OF SERVICE
                                 )
14       v.                      )
                                 )
15 MICHAEL CHERTOFF, Secretary of U.S. )
   Department of Homeland Security; et al., )
16                               )
                Defendants.      )
17 _____ )

18 IT IS HEREBY CERTIFIED THAT:

19     I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.
20
       I am not a party to the above-entitled action. I have caused to be served: ANSWER TO
21 COMPLAINT on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically provides notice.
22
       Robert A. Mautino
23     Attorney for Plaintiffs
       bob@mautino.org
24
       I declare under penalty of perjury that the foregoing is true and correct.
25
       Executed on May 19, 2008.
26
                                    s/ Megan Callan
27                                  Megan Callan

28