UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FARAMARZ RASSOULI, et al., | Case No. 07-CV-2411-JAH (JMA) |
| Plaintiff, | **ORDER RESCHEDULING EARLY NEUTRAL EVALUATION CONFERENCE** |
| v. | |
| MICHAEL CHERTOFF, SECRETARY, et al., | |
| Defendants. | |

    Due to conflicts with counsels' schedules as well as the Court's calendar, **IT IS HEREBY ORDERED** that the Early Neutral Evaluation Conference scheduled for June 26, 2008 at 10:00 a.m. is <u>rescheduled</u> for **August 11, 2008** at **10:00 a.m.**

    **IT IS SO ORDERED.**

DATED: May 22, 2008

_____
Jan M. Adler
U.S. Magistrate Judge

07cv2411