UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| FARAMARZ RASSOULI, et al., | ) | Case No. 07-CV-2411-JAH (JMA) |
| Plaintiff, | ) ) | **ORDER 1) VACATING EARLY NEUTRAL EVALUATION CONFERENCE AND 2) REGARDING TELEPHONIC SETTLEMENT DISPOSITION CONFERENCE** |
| v. | ) | |
| MICHAEL CHERTOFF, SECRETARY, et al., | ) ) | |
| Defendants. | ) ) | |

The parties have informed the Court that the case has been resolved. Accordingly, **IT IS HEREBY ORDERED** that:

1. The Early Neutral Evaluation Conference scheduled for August 11, 2008 at 10:00 a.m. is vacated.

2. The attorneys shall appear for a telephonic Settlement Disposition Conference on **September 4, 2008** at **4:00 p.m.** before Magistrate Judge Adler unless a joint motion for dismissal is filed with the Court, and a separate proposed order for dismissal is e-mailed to the district judge's e-mail address, prior to that

time.[1]  If a joint motion for dismissal and proposed order thereon cannot be provided on or before the date indicated above, counsel shall contact the chambers of Magistrate Judge Adler <u>at least one court day before</u> the date indicated above to explain the reasons therefor.  <u>Failure to comply with this order may be cause for the imposition of monetary sanctions.</u>

**IT IS SO ORDERED.**

DATED:  August 7, 2008

_____
Jan M. Adler
U.S. Magistrate Judge

---

[1] <u>See</u> Electronic Case Filing Administrative Policies and Procedures Manual, Sections 2.f. and 2.h., for more information.