1  KAREN P. HEWITT
   United States Attorney
2  MEGAN CALLAN
   Assistant U.S. Attorney
3  California Bar No. 230329
   United States Attorney's Office
4  880 Front Street, Room 6293
   San Diego, California 92101-8893
5  Telephone: (619) 557-7120
   Facsimile: (619) 557-5004
6  E-mail: Megan.Callan@usdoj.gov

7  Attorneys for Defendants

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FARAMARZ RASSOULI, ZAHRA RASSOULI, AND POUYA RASSOULI, <br><br> Plaintiffs, <br><br> v. <br><br> MICHAEL CHERTOFF, Secretary of U.S. Department of Homeland Security; et al., <br><br> Defendants. | Case No. 07cv2411-JAH (JMA) <br><br> JOINT MOTION TO DISMISS AS MOOT <br><br> [FED. R. CIV. P. 12(b)(1)] |

COME NOW THE PARTIES, Plaintiffs Faramarz Rassouli, Zahra Rassouli, and Pouya Rassouli, by and through counsel, Robert A. Mautino, and Defendants Michael Chertoff, et al., by and through their counsel, Karen P. Hewitt, United States Attorney, and Megan Callan, Assistant United States Attorney, and hereby jointly move the Court to dismiss this case as moot.

Defendant U.S. Citizenship & Immigration Service adjudicated Plaintiffs' applications. Therefore, all of the relief requested in Plaintiffs' Complaint has been granted, and there is no further relief for the Court to order. Each party has agreed to bear its own costs and fees.

//
//
//
//

Based upon the foregoing, it is respectfully requested that the Court enter an order, dismissing this case as moot.

DATED: August 7, 2008

Respectfully submitted,
s/ Robert A. Mautino
ROBERT A. MAUTINO
Attorney for Plaintiff
E-mail: bob@mautino.org

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures of the United States District Court for the Southern District of California, I certify that the content of this document is acceptable to counsel for the Plaintiff and that I have obtained authorization from Robert A. Mautino to affix his electronic signature to this document.

DATED: August 7, 2008

KAREN P. HEWITT
United States Attorney

s/ Megan Callan
MEGAN CALLAN
Assistant U.S. Attorney
Attorneys for Defendants

KAREN P. HEWITT
United States Attorney
MEGAN CALLAN
Assistant U.S. Attorney
California Bar No. 230329
United States Attorney's Office
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-7120
Facsimile: (619) 557-5004
E-mail: Megan.Callan@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FARAMARZ RASSOULI, ZAHRA RASSOULI, AND POUYA RASSOULI,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL CHERTOFF, Secretary of U.S. Department of Homeland Security; et al.,<br><br>Defendants. | Case No. 07cv2411-JAH (JMA)<br><br>CERTIFICATE OF SERVICE |

IT IS HEREBY CERTIFIED THAT:

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of: JOINT MOTION TO DISMISS AS MOOT on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically provides notice.

Robert A. Mautino
Attorney for Plaintiff
bob@mautino.org

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 7, 2008.

                                                  s/ Megan Callan
                                                  Megan Callan