UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FARAMARZ RASSOULI, ZAHRA RASSOULI, AND POUYA RASSOULI,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>MICHAEL CHERTOFF, Secretary of U.S. Department of Homeland Security; et al.,<br><br>　　　　　Defendants. | Case No. 07cv2411-JAH (JMA)<br><br>ORDER GRANTING JOINT MOTION TO DISMISS AS MOOT<br><br>[Doc. No. 9] |

Having considered the parties' Joint Motion to Dismiss as Moot (Docket No. 9) and finding the joint motion meritorious, the Court GRANTS the motion and ORDERS that Plaintiffs' Complaint is dismissed as moot. Each party shall bear its own costs.

**It is so ordered.**

DATED: August 12, 2008

　　　　　　　　　　　　　　　　　　　JOHN A. HOUSTON
　　　　　　　　　　　　　　　　　　　United States District Judge